**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-80643-CIV-SMITH**

GARFIELD SPENCE,

      Plaintiff,

vs.

HIGHLAND CAPITAL REALTY CORP.,

      Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement [DE 14], indicating that the case has settled. Accordingly, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **September 16, 2024.** Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of August, 2024.

                                                               **RODNEY SMITH**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record